#FL NO FEE NOTICE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2:18-CV-341

JEROME JUNIOR WASHINGTON
PLAINTIFF
V.
C.O. COLGAN et, al,
DEFENDANTS

RECEIVED 15BE/KCL
MAR 15 2018
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

PRISONERS COMPLAINT FORM 42 U.S.C. §1983 AND 28 U.S.C. §1331(a) TO OBTAIN RELIEF FROM VIOLATION OF FEDERAL LAWS BY DEMANDED FOR JURY TRIAL JURISDICTION

I. JURISDICTION

INTRODUCTION:
PLAINTIFF; JEROME JUNIOR WASHINGTON IS THE SWORN PRO-SE LITIGANT INTO THIS HEREBY VERIFIED TESTIMONY OR COMPLAINT. STATED AS FOLLOWED. FOR THE U.S. WESTERN DISTRICT OF PENNSYLVANIA TO HAVE JURISDICTION OVER THIS PRISONERS COMPLAINT FORM. PURSUANT UNDER THE UNITED STATES WESTERN DISTRICT 42 U.S.C. §1983 AND 28 U.S.C. §1331(a) TO OBTAIN RELIEF FROM VIOLATIONS OF FEDERAL LAWS. TO THE VIOLATION OF PLAINTIFF 8th AND 14th AMENDMENT RIGHTS PURSUANT TO MALICIOUS AND SADISTICAL ILL WILL OUT OF RETALIATION. TO VIOLATIONS OF THE PLAINTIFF CONSTITUTIONAL LAWS OF PRISONERS RIGHTS. TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT. BY C.O. COLGAN INFAMY OF CUSTODY CONTROL WITH IRRATIONAL BRUTALITY. TO CONFLICT, THE UNWONTON EXISTENCE OF PAIN AND SUFFERING THAT INFLICTED THE WONTON HARM FROM DEFENDANT C.O. COLGAN EXCESSIVE FORCE (DC-ADM001) ADMINISTRATIVE POLICY.

I. PARTIES; JURISDICTION AND VENUE

1.) PLAINTIFF; JEROME JUNIOR WASHINGTON WAS CONFINED INSIDE THE SCI-GREENE PRISON, S.R.T.U GB-UNIT; MENTAL HEALTH PROGRAM, IN PITTSBURGH JAIL OR PENITENTIARY STATE CORRECTIONAL INSTITUTIONS. LOCATION AT SCI-GREENE; 175 PROGRESS DRIVE; WAYNESBURG, PA 15370

2.) PLAINTIFF IS AND WAS AT ALL TIMES MENTIONED HEREIN; AN ADULT CITIZEN OF THE UNITED STATES AND A RESIDENT OF THE STATE OF PITTSBURGH. PENNSYLVANIA

II. DEFENDANT'S JURISDICTION AND VENUE

3.) DEFENDANT C.O. COLGAN IS AND WAS AT ALL RELEVANT TIMES HEREIN AN EMPLOYEE/GUARD OF THE SCI-PRISON S.R.T.U-GB UNIT PROGRAM; FOR SCI-GREENE MENTAL HEALTH PATIENTS INCLUDING PLAINTIFF.

4.) DEFENDANT SUPERINTENDENT MR. GILMORE WAS AT ALL TIMES HEREIN SUPERINTENDENT OF THE SCI-GREENE; CORRECTIONAL INSTITUTIONS; AS THE WARDEN OF THE MUNICIPAL PRISON, FOR CITY OF PITTSBURGH, AS SUPERINTENDENT OF THE PRISON DEFENDANTS; MANAGES ITS DAY TO DAY OPERATIONS AND EXECUTES ITS POLICIES AT ALL RELEVANT TIMES HEREIN PLAINTIFF SRTU GB-UNIT PROGRAM COMPLAINT.

5.) DEFENDANTS CITY OF PITTSBURGH AND STATE OF PENNSYLVANIA IS AND WAS AT ALL RELEVANT TIMES HEREIN MUNICIPAL CORPORATION OF THE STATE OF PENNSYLVANIA...

6.) THIS ACTION ARISES UNDER AND IS BROUGHT PURSUANT TO 42 U.S.C. SECTION 1983 TO REMEDY THE DEPRIVATION; UNDER COLOR OF STATE LAW; OF RIGHTS GUARANTEED BY THE EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION. THIS COURT HAS JURISDICTION OVER THIS ACTION PURSUANT TO 28 U.S.C. SECTION 1331 AND 1343.

7.) PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

8.) THIS CAUSE OF ACTION ARISES IN THE WESTERN DISTRICT OF PENNSYLVANIA. THEREFORE, VENUE IS PROPER UNDER 28 U.S.C. SECTION 1391(b).

III. PREVIOUS LAWSUITS OF PLAINTIFF

9.) THE PLAINTIFF HAS FILED OTHER LAWSUITS DEALING WITH IN THESE SAME FACTS INVOLVED INTO THIS ACTION OR COMPLAINT. OTHERWISE RELATING TO PLAINTIFF; JEROME JUNIOR WASHINGTON HV0282 IMPRISONMENT AT SCI-GREENE/ 175 PROGRESS DRIVE/ WAYNESBURG, PA 15370

10) THE PLAINTIFF HEREIN HAS FILED THE BELOW SUITS OR INFORMATION AS ISSUED BELOW INTO THE BELIEF OF FILED CIVIL ACTIONS FEDERAL CASE NOTES OR SUITS INVOLVED INTO OTHER CIVIL ACTIONS CASE'S BELOW AS FOLLOW FROM 1 out of 7.

A.) A.) HAVE YOU FILED OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS YES ⊗ NO ✗

B.) IF YOUR ANSWER TO (A) IS YES, DESCRIBE EACH LAWSUIT BY ANSWERING QUESTIONS 1 THROUGH 7 BELOW. (IF THERE IS MORE THAN ONE LAWSUIT DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER SHEET OF PAPER, USING THE SAME FORMAT.)

1) PARTIES: TO THE PREVIOUS LAWSUIT;
   PLAINTIFF: JEROME WASHINGTON
   DEFENDANT: CHRIS. ROZICH et, al;

PAGE 2) 2.) COURT (IF FEDERAL COURT NAME THE DISTRICT; IF STATE COURT NAME THE COUNTY; EASTERN DISTRICT COURT.
3.) DOCKET OR INDEX NUMBER: CIVIL DIVISION NO: 2:14-CV-05561-ER
4.) NAME OF JUDGE ASSIGNED TO YOUR CASE THE HONORABLE EDUARDO C. ROBRENO, J.
5.) APPROXIMATE DATE OF FILING LAWSUIT
6.) IS THE CASE STILL PENDING? YES ☒  NO ✗
7.) WHAT WAS THE RESULT OF THE CASE? STILL PENDING ON AN HONORABLE ANSWER OR JUDGMENT OF THE JURISDICTION'S ORDERED ON THE CASE.
C) HAVE YOU FILED LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS YES ☒ NO ✗
D) IF YOUR ANSWER TO (C) IS YES, DESCRIBE EACH LAWSUIT BY ANSWERING QUESTION 1 THROUGH 7 BELOW. (IF THERE IS MORE THAN ONE LAWSUIT DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER SHEET OF PAPER, USING THE SAME FORMAT.)
1) PARTIES; TO THE PREVIOUS LAWSUIT;
PLAINTIFF: JEROME WASHINGTON
DEFENDANT: MICHAEL WENEROWICZ et. al.;
2.) COURT (IF FEDERAL COURT NAME THE DISTRICT; IF STATE COURT, NAME THE COUNTY: EASTERN DISTRICT COURT.
3.) DOCKET OR INDEX NUMBER: CIVIL ACTION NO. 15-4102
4.) NAME OF THE JUDGE ASSIGNED TO YOUR CASE THE HONORABLE EDUARDO C. ROBRENO, J.
5.) APPROXIMATE DATE OF FILING LAWSUIT
6.) IS THE CASE STILL PENDING? YES ☒ NO ✗
7.) WHAT WAS THE RESULT OF THE CASE? STILL PENDING FOR AN HONORABLE JUDGMENT FOR JUSTICE

E.) 1) PARTIES: TO THE PREVIOUS LAWSUIT:
PLAINTIFF: JEROME WASHINGTON
DEFENDANT: JOHN DOE et; al.;
2.) COURT (IF FEDERAL COURT, NAME THE DISTRICT; IF STATE COURT, NAME THE COUNTY: EASTERN DISTRICT COURT.
3.) DOCKET OR INDEX NUMBER: CIVIL DIVISION NO. 2:14-CV-05540-ER
4.) NAME OF JUDGE ASSIGNED TO YOUR CASE; THE HONORABLE EDUARDO C. ROBRENO, J.
5.) APPROXIMATE DATE OF FILING LAWSUIT
6.) IS THE CASE STILL PENDING? YES ☒ NO ✗
7.) WHAT WAS THE RESULT OF THE CASE? STILL PENDING

F.) 1) PARTIES; TO THE PREVIOUS
PLAINTIFF; JEROME JUNIOR WASHINGTON
DEFENDANT: TOM WOLF; et; al.,
2.) COURT (IF FEDERAL COURT NAME THE DISTRICT, IF STATE COURT, NAME THE COUNTY: WESTERN DISTRICT COURT,
3.) DOCKET OR INDEX NUMBER: CIVIL ACTION NO. 2:16-CV-01714-LPL
4.) NAME OF JUDGE ASSIGNED TO YOUR CASE; THE HONORABLE MAGISTRATE JUDGE LISA PUPO LENIHAN
5.) APPROXIMATE DATE OF FILING LAWSUIT
6.) IS THE CASE STILL PENDING? YES ☒ NO ✗
7.) WHAT WAS THE RESULT OF THE CASE? STILL PENDING ACTIVE

G.) 1) PARTIES: TO THE PREVIOUS
PLAINTIFF: JEROME WASHINGTON
DEFENDANT: Supt. GIUNT et. al.,
2.) COURT (IF FEDERAL COURT NAME THE DISTRICT; IF STATE COURT, NAME THE COUNTY; MIDDLE DISTRICT COURT
3.) DOCKET OR INDEX NUMBER: CIVIL ACTION NO: 1:16-CV-1828

PAGE(3) 4) NAME OF THE JUDGE ASSIGNED TO YOUR CASE; THE HONORABLE JOHN E. JONES III
5) APPROXIMATE DATE OF FILING LAWSUIT
6) IS THE CASE STILL PENDING? YES ☒ NO ✗
7) WHAT WAS THE RESULT OF THE CASE? STILL PENDING ACTIVE

H) 1) PARTIES: TO THE PREVIOUS
PLAINTIFF: JEROME JUNIOR WASHINGTON
DEFENDANT: SCI-GRATERFORD SUPERINTENDENT MRS. LINK et; al;
2) COURT (IF FEDERAL COURT NAME THE DISTRICT; IF STATE COURT, NAME THE COUNTY; EASTERN DISTRICT COURT.
3) DOCKET OR INDEX NUMBER: CIVIL ACTION NO. 16-3424
4) NAME OF JUDGE ASSIGNED TO YOUR CASE; THE HONORABLE LUCY V. CHIN
5) APPROXIMATE DATE OF FILING LAWSUIT
6) IS THE CASE STILL PENDING? YES ☒ NO ✗
7) WHAT WAS THE RESULT OF THE CASE? STILL PENDING ACTIVE

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

11) THE PLAINTIFF HEREBY TRIED TO EXHAUSTION ALL POSSIBLE REMEDIES THAT WAS OFFERED TO BE ALOUD TO THE PLAINTIFF UPON SCI-GREENE DENIAL OF GRIEVANCE #687587 DECISION STATING: "THIS MATTER WAS INVESTIGATED AND REVIEWED BY A HIGHER AUTHORITY. THAT AUTHORITY (OSII) DID CONCUR WITH THE FINDINGS OF THE VESTIGATION."; PURSUANT TO PRISONER'S LITIGATION ACT PRESUME HEREIN TO THE DETERMINATION OF FILING AT THE SAME TIME TRYING TO EXHAUSTION THE AVAILABLE GRIEVANCES; OFFERED TO PLAINTIFF BEING INDIGENT UNDER THE ADMINISTRATIVE DENIAL OF COPIES TO APPEAL TO THE FINAL STAGE OF/OR REMEDIES AS MOSELY EVERYDAY AN NEW VIOLATION OCCUR WERE TO AN NEW UNLAWFUL, UNCONSTITUTIONAL VIOLATION UNDER 13.8.1 POLICY APPEAR TO EXIST MORE AGGRESSIVE AND EXCESSIVE, ABUSIVE DISCRETION INTO ALONG TERM ISOLATION INSIDE SCI-GREENE S.R.T.U.-GB UNIT PROGRAM FOR NO FREEDOM UNDER THE SLAVERY ABUSE OF CONTROL ELEMENTS OF ABUSIVE MEASURE OF AUTHORITY POWER OVER INMATES FOR CRUEL AND UNUSUAL PUNISHMENT THROUGHOUT AN CONTINUOUS ARGUABLE CLAIM OF BRUTALITY INFAMY OF/OR EVERYDAY STRUGGLES, PAINS AND SUFFERING UNDER THE MALICIOUS AND SADISTICAL ILL WELL FOR AN SUFFICIENT SUBSTANTIAL RISK OF AN DAILY BASIC OF HARM AND DAMAGES UPON LIFE THREATENING DANGEROUS SITUATIONS WEREOF UNLAWFUL HARDSHIP AS AN D-ROSTER SERIOUSLY MENTAL ILL PLAINTIFF WERE TO UNCONSTITUTIONS EXIST IT MAY DEPEND ON YOUR JURISDICTION TO SET THE SLAVES OR PRISONERS FREE FROM SCI-GREENE S.R.T.U.-GB UNIT PROGRAM CRUEL AND UNUSUAL PUNISHMENT. WEREAS THE PLAINTIFF IS AN PRISONER THAT IS ASKING TO BE FREE BY THE GRANT TO THE DEMANDS OF AN JURY TRIAL. PRESUING TO A CONSTITUTIONAL VIOLATION AT LAW OF PLAINTIFF PRISONERS RIGHTS.

V. STATEMENT OF COMPLAINT

12) AT ALL RELEVANT TIMES HEREIN, DEFENDANT'S WERE "PERSON'S" FOR PURPOSES OF 42 U.S.C. SECTION 1983 AND ACTED UNDER COLOR OF LAW TO DEPRIVE PLAINTIFF OF THEIR CONSTITUTIONAL RIGHTS; AS SET FORTH MORE FULLY BELOW.

13) DEFENDANT C.O. COLGAN ON July 13, 2017 HAD CONTINUE TO CHOKE ME MR. WASHINGTON/PLAINTIFF.

14) DEFENDANT C.O. COLGAN ON July 13, 2017 HAD CONTINUE TO HEADBUTT MR. WASHINGTON/PLAINTIFF IN THE FACE

15) DEFENDANT C.O. COLGAN ON July 13, 2017 HAD CONTINUE TO ENFORCE HIS WEIGHT DOWNWARDS ON MR. WASHINGTON/PLAINTIFF BODY. WHY'LL C.O. COLGAN AGGRESSIVELY TRY TO SNAPE MR. WASHINGTON/PLAINTIFF NECK CONTINUIOUSLY!

16) DEFENDANT C.O. COLGAN ON July 13, 2017 HAD SAID WORDS LIKE HE COULDN'T WAIT TO FUCK ME UP AND HAD CALLED ME/PLAINTIFF MANY BITCHES AND OTHER ABUSIVE NAMES. AS DEFENDANT C.O. COLGAN HAD BRUTALLY USED EXCESSIVE FORCE UNDER POLICY DC-ADM001. EXCESSIVE FORCE ALLEGATIONS..

17) DEFENDANT C.O. COLGAN HAD SAID WORDS LIKE STOP RESISTING CONTINUALLY TO COVER UP HIS ACTIONS OF ABUSIVE AMOUNT OF FORCE USE BECAUSE DEFENDANT C.O. COLGAN WAS THE AGGRESSIVE OFFICIAL OUT OF MANY PRISON OFFICIALS BEING PRESENT THROUGHOUT DEFENDANT C.O. COLGAN ABUSIVE ASSAULT ON July 13, 2017 DURING 2:00p.m TO 4:00pm OF DEFENDANT C.O. COLGAN WORKING ASSIGNMENT HOURS OF 8:00 AM TO 4:00 pm SHIFT FOR THE SCI-GREENE S.R.T.U. PROGRAM.

18) DEFENDANT C.O. COLGAN HAD DEPRIVED AWAY NUMEROUS OF PLAINTIFF S.R.T.U. GB UNIT SHOWERS WHENEVER DEFENDANT C.O. COLGAN HAD FELT LIKE REFUSING THE PLAINTIFF SHOWERS.

19) DEFENDANT C.O. COLGAN DEPRIVE THE PLAINTIFF FOR HIS SHOWER'S ON JUNE 2, 2017 FRIDAY By purposely ~~PASS~~ BIPASSING THE PLAINTIFF IN 9 CELL ON GB UNIT BY STARTING AT GB 08 CELL THEN WENT TO GB 03 CELL.

20.) PLAINTIFF WAS PUNCH BY C.O. COLGAN ON 6-13-17

21.) PLAINTIFF WAS CHOKED BY C.O. COLGAN ON 6-13-17

22.) PLAINTIFF WAS HEADBUTT BY C.O. COLGAN ON 6-13-17

23.) PLAINTIFF FACE WAS SLAMMED OFF THE GROUND BY C.O. COLGAN ON 6-13-17

24.) C.O. COLGAN TRIED SNAPPING THE PLAINTIFF NECK. ON 6-13-17

25.) C.O. COLGAN HAD PUT THE WEIGHT OF HIS BODY DOWNWARD ON PLAINTIFF ON 6-13-17

26.) C.O. COLGAN SAID WORDS LIKE HE COULDN'T WAIT TO FUCK ME UP (WHY'LL C.O. COLGAN PHYSICALLY BEAT THE PLAINTIFF BRUTALLY ON 6-13-17

27.) C.O. COLGAN CALLED THE PLAINTIFF MANY BITCHES AND OTHER ABUSIVE WORDS (WHY'LL C.O. COLGAN EXCESSIVELY BEAT THE PLAINTIFF UP ON 6-13-17

28) DEFENDANT SUPERINTENDENT GILMORE IS HELD ACCOUNTABLE FOR THE SUPERVISOR RULE OVER SCI-GREENE PRISON OFFICIALS UNCONSTITUTIONAL VIOLATIONS AS THE WARDEN AND SUPERINTENDENT LIABILITY PROTECTION OVER INMATE AND PRISON OFFICIALS SAFETY CARE CUSTODY AND CONTROL

29.) DEFENDANT SUPERINTENDENT GILMORE IS HELD EQUIVALENT TO DEFENDANT C.O. COLGAN AS OVERALL SUPERVISORY THAT WAS INFORMED OR KNOW THE KNOWLEDGE OF SUCH ASSAULT BUT WAS WILLING TO TURN AN BLIND EYE TO THE SERIOUS OFFERENCE OF EXCESSIVE FORCE "(DC-ADM001)" POLICIES, PRACTICES AND PROCEDURAL LAW UNDER GILMORE SUPERVISION FOR CRUEL AND UNUSUAL PUNISHMENT

## VI. RELIEF AND INJUNCTIONS

30) RELIEF AND INJUNCTION TO REMOVAL DEFENDANT AS FAR AWAY FROM ME AS POSSIBLE.

31) RELIEF AND INJUNCTION TO REMOVAL DEFENDANT FROM WORKING THE SRTU PROGRAM

32.) RELIEF AND INJUNCTION 13.8.1 SAY'S LESS RESTRAINTS SO PROPERLY REMOVAL ALL OF THESE HANDCUFFS AND SHACKLES AND/OR TREAT THE SRTU LIKE AN MENTAL HEALTH PROGRAM INSTEAD OF ENSLAVERY

33.) RELIEF AND INJUNCTION TO CONDUCT AN INVESTIGATION OF CAMERAS, INMATES AND ALL PERSONNEL OF THE SRTU PROGRAM TO SEE THE WRONG DOING IN THE SRTU PROGRAM.

## VI. RELIEF

34) RELIEF ~~PUNITIVE~~ PUNITIVE DAMAGES

35.) RELIEF NORMAL DAMAGES

36.) RELIEF COMPENSATION FOR PAIN AND SUFFERING

37.) DEFENDANT SUPT. GILMORE SUE IN HIS INDIVIDUAL CAPACITIES AND OFFICIAL CAPACITIES FOR 1,000,000 DOLLARS UNDER THE VIOLATION OF PLAINTIFF 8th AND 14th AMENDMENT RIGHTS.

38) DEFENDANT SUPT. GILMORE IS HOUSED AT SCI-GREENE / 175 PROGRESS DRIVE / WAYNESBURG PA 15370... NUMBER 724·852·2902 / WWW·COR·STATE·PA·US / DEFENDANT IS SUPERINTENDENT / WARDEN OF SCI-GREENE BE REACH MONDAY THROUGH FRIDAY

39.) DEFENDANT C.O. COLGAN IS SUE IN HIS INDIVIDUAL CAPACITIES AND OFFICIAL CAPACITIES FOR 1,000,000 DOLLARS UNDER THE VIOLATIONS OF PLAINTIFF 8th AND 14th AMENDMENT RIGHTS.

PG 5; 40.) DEFENDANT C.O. COLGAN IS ShED AT SCI-GREENE / 175 PROGRESS DRIVE / WAYNESBURG PA, 15370
NUMBER 724.352.2021 STATE PA U.S. / DEFENDANT IS AM 8:00AM TO 4:00 PM SRTU PROGRAM
PRISON GUARD AS AN C.O. I

VII. CLAIM FOR RELIEF

41.) PLAINTIFF INCORPORATES BY REFERENCE PARAGRAPHS 1 THROUGH 40 OF THIS COMPLAINT

42.) THE EIGHTH AMENDMENT, AS APPLIED TO THE STATES BY THE FOURTEENTH AMENDMENT, PROHIBITS CRUEL AND UNUSUAL PUNISHMENT.

43.) DEFENDANTS POLICIES, PRACTICES AND PROCEDURES SYSTEMICALLY VIOLATE THE EIGHTH AMENDMENT RIGHTS OF PRISONERS WITH MENTAL ILLNESS. SUCH POLICIES, PRACTICES AND PROCEDURES INCLUDE, EXCESSIVE FORCE DO ANMOUI ASSAULTIVE AND BATTERY, WITHOUT LIMITATION IN THE SRTU PROGRAM

44.) CONFINEMENT OF PRISONER IN SCI-GREENE SRTU PROGRAM WITH MENTAL ILLNESSES IS JUST A LONG TERM EXCESSIVE AND AGGRESSIVE DISCRETION ENFORCEMENT TO AN WORSEN CONDITION THEN THE R.H.U's FOR CONDUCT DIRECTLY ATTRIBUTABLE TO DISTRACT AND DESTROY PLAINTIFF MENTAL ILLNESS.

45.) RELIEF; TRAIN STAFF MEMBERS TO ASSIST GUIDE HELP AND BE PATENT WITH SMI INMATES

46.) RELIEF; TO ADEQUATE SOCIAL SOCIETY ECONOMY MENTAL HEALTH CARE CONCERN ATTENTION AND CONSIDERATION TO AN SERIOUS MENTAL HEALTH NEED.

47.) RELIEF; CLINICAL AND REHABILITATIVE STAFF UNDER MENTAL HEALTH TREATMENT AND GUIDENCE PROVIDED THE REQUIRING NEED'S TO BE ASSIGNED PROGRAMMING AT AN MENTAL HEALTH SRTU PROGRAM WORKING WITH SMI/ID MENTAL ILL PATIENTS

48.) RELIEF; CORRECTIONAL OFFICERS WOULD BE TRAIN TO ESCORT AN INMATE WITHOUT SLAVERY OR SHACKLES AND HANDCUFF AS CONDUCT DAMAGE THE MENTAL CAPACITY TO BE ABUSING OF AN SMI ID MENTAL HEALTH PATIENT, PROVISIONS OF TREATMENT OR SLAVERY.

ENDING REPORT

49.) A PLAINTIFF SUING UNDER §1983, MUST ALLEGE TWO "ELEMENTS", THAT SOME PERSON HAS DEPRIVED HIM OF A FEDERAL RIGHTS", AND THAT "THE PERSON WHO HAS DEPRIVED HIM OF THAT RIGHT ACTED UNDER COLOR OF STATE OR TERRITORIAL LAW.

* PLAINTIFF IS HEREBY VERIFYING TO BE THE ABOVE ENTITLE JEROME JUNIOR WASHINGTON UNDER THE UNITED STATES DECLARED PENALTY OF PERJURY.

JEROME WASHINGTON HV0282
SCI-GREENE
175 PROGRESS DRIVE
WAYNESBURG PA 15370

DATE: 2-1-18